UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NIA CLEVELAND,
*on behalf of herself and all others similarly situated*,

    Plaintiff,

    v.

NEXTMARVEL, INC.,
*d/b/a Vooglam*,

    Defendant.

Civil Action No. TDC-23-1918

## ORDER

On October 10, 2023, Plaintiff Nia Cleveland filed a Motion for Clerk's Entry of Default. Default was entered on October 18, 2023. To date, Cleveland has not moved for a judgment of default. Accordingly, it is hereby ORDERED that Cleveland file and serve by mail on Defendant Nextmarvel, Inc. a Motion for Default Judgment, or show cause as to why such motion would be inappropriate, within **14 days** of this Order.

Date: November 20, 2023

THEODORE D. CHUANG
United States District Judge